IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
JOSEPH L. BRACKIN                              :
*Individually on behalf of himself and on behalf* :
*of all others similarly situated*,              :
        *Plaintiffs*,                           :   CIVIL ACTION
                                                :
        v.                                      :   NO.   15-4945
                                                :
AMERICAN AIR LIQUIDE HOLDINGS, INC.,             :
        *Defendant*.                            :
_____:

**O R D E R**

**AND NOW,** this 26th day of October, 2016, upon consideration of Plaintiffs' Motion for Conditional Certification (Doc. No. 32), Defendant's Response in Opposition (Doc. No. 37), Defendant's Supplemental Brief in Opposition (Doc. No. 46), Defendant's Motion for Summary Judgment (Doc. No. 36), Plaintiffs' Response in Opposition (Doc. No. 38), Defendant's Reply in Support (Doc. No. 39), Defendant's Supplemental Brief in Support (Doc. No. 45), and after an oral argument on these motions held on September 20, 2016, **it is hereby ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 36) is **GRANTED**.

2. Plaintiffs' Motion for Conditional Certification (Doc. No. 32) is deemed **MOOT**.

3. The Clerk of Court shall mark this case closed for all purposes including statistics.

                                                  BY THE COURT:


                                                  S/Gene E.K. Pratter
                                                  GENE E.K. PRATTER
                                                  UNITED STATES DISTRICT JUDGE